# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-00971-JVS (MLGx) | Date | July 19, 2012 |
| Title | Adrienne Therrien v. Global Filing Services, LLC | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)
Order to Show Cause re Dismissal for Lack of Prosecution

     The Court orders Plaintiff to show cause, writing, not later than July 30, 2012, why this case should not be dismissed for failure to prosecute.

 

0  :  00

Initials of Preparer   kjt